# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 13-56 | Title | USA v. KAREN KAZARYAN |
|---|---|---|---|
| Judge | VICTOR B. KENTON, UNITED STATES MAGISTRATE JUDGE | | |
| Dates of Trial or Hearing | JANUARY 29, 2013 | | |
| Court Reporters or Tape No. | COURTSMART | | |
| Deputy Clerks | R. HORAN | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Tracy Wilkinson, AUSA | Stephen Demik, FPD |
| | |
| | |
| | |
| | |

FILED JAN 29 2013 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Jeffrey Kirkpatrick, FBI Agent | GOVT. |