# EXHIBIT A

# EXHIBIT A

*RONALD A. MARKMAN, M.D., J.D.*

*P.O. BOX 1272*

*BEVERLY HILLS, CALIFORNIA 90213*

*TEL: 310 2761482   FAX 310 2782187*

*rammdjd@gmail.com*

November 18, 2013


Alex Kessel
Attorney at Law
15910 Ventura Blvd., Suite 1030
Encino, California 91436


RE: KAZARYAN, KAREN
    CR 13 00056


Dear Mr. Kessel:

At your request, I conducted a psychiatric evaluation on Karen Kazaryan, age 27 (DOB 1/18/86), at my office, on 9/17/13, for purposes of assessing his current psychiatric condition and its relationship to pending federal charges of computer hacking and aggravated identification theft, the events having occurred in November-December 2010. He was reportedly in custody at MDC from 1/30/13-4/15/13, when released on bail. As part of this evaluation, I reviewed the Indictment, dated 1/25/13. At the time of the events in question and when taken into custody, he was residing with his parents.

Mr. Kazaryan was apprised of the confidential nature of my evaluation and was cooperative and responsive throughout the examination. He provided a history of receiving a citation as a juvenile at age seventeen on a battery charge for fighting. In 2008 he was charged with rape, with two co-defendants, for an incident that occurred in a night club, celebrating his birthday—"we were drinking—she (the alleged victim) walked in a claimed rape when a friend saw her—one week in custody—dismissed with prejudice after three years." He admittedly has been using marijuana on a regular basis since age twenty-one and has tried Ecstasy, but denies other drug use. He consumes alcohol heavily at times—"marijuana and alcohol were a major facctor in my actions." He has never participated in a 12-step substance abuse program. There is also no history of psychiatric treatment or hospitalization and he has never been prescribed psychotropic medication.

With respect to the current charges, he indicated that he was arrested on 1/30/13 on charges of aggravated I.D. theft and computer hacking, events that reportedly date back to 11-12/2010, which included the obtaining nude and semi-naked photos of females via web-cams, as well as unauthorized access to protected computers in violation of Sections 518, 520, 523, 530, 530.5 and 653m of the California Penal Code. He maintains that his actions reflected his lack of judgment and immaturity—"a gateway from reality—no physical contact" with any of the alleged victims. He acknowledged "I did something wrong" and expressed remorse for his actions, stating that he will avoid such activity in the future—"I feel bad."

Sexual history is generally unremarkable, though he did provide a history of enuresis until age eleven. He denied being sexually or physically abused as a child, experienced his first intimate relationship at age

KAZARYAN, KAREN – 2
CR 13 00056
11/18/13

fourteen and has had about twenty sexual partners, with a general frequency of once weekly. He became engaged in January 2013 and is having regular sexual activity with his fiancee about twice weekly. He has never used force to obtain sexual gratification, and there is no reported history of exhibitionism, homosexual activity, though in the past, he admittedly had been interested in sexual web sites. There is no history of animal cruelty or fire setting.

Mr. Kazaryan was born in Russia, the oldest of three children, whose parents' marriage remains intact. The family came to the United States in 1989, when he was three years old. His father works as a Limo driver. He completed a high school education, obtained an AA from Glendale Community College and attended CSLA for one year. He has been employed in restaurant management, real estate consultation and as a transportation executive. He has never married and has no children.

Current mental status examination revealed him to be oriented, alert, cooperative and of normal intelligence with a good fund of knowledge and fundamental skills. Responses were relevant and coherent, memory and concentration were unimpaired and affect was appropriate. He indicated that he had experienced periods of depression, particularly in connection with his being charged with rape. There was no evidence of a psychotic process or thought disorder. Judgment exhibited some immaturity, with a lack of self-esteem, while insight into his situation was present.

Based on this evaluation and a review of the available record, I would make a preliminary diagnosis of:

AXIS I:  SUBSTANCE INDUCED SEXUAL DYSFUNCTION vs. PARAPHILIA, NOS.
ALCOHOL ABUSE AND DEPENDENCE
SUBSTANCE ABUSE, MARIJUANA, ECSTASY.
AXIS II: PERSONALITY DISORDER, NOS, WITH IMMATURE, IMPULSIVE AND DEPENDANT FEATURES.

Mr. Kazaryan actions appear to have involved impulsive, immature judgment and appear to have been facilitated by substance/alcohol abuse. There is no history of ongoing aggressive sexual misconduct. He does not represent a danger to others and the risk of future aggressive sexual behavior is low. He does require treatment and I would recommend a dual diagnosis treatment program to include initiating therapy with a psychiatrist, who could focus on personality issues and explore any possible underlying intrafamily issues in conjunction with participation in a 12-step substance abuse program.

I trust this information will assist you in your further handling of this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Ronald Markman, M.D., J.D.