# EXHIBIT B

# EXHIBIT B

September 4, 2013

Your Honor,

     My name is Anoush Kazaryan, and I am Karen Kazaryan's aunt.  Karen is like a son to me because I have never had my own children.  Besides, Karen and I have a special bond.  We share and love the same things, such as books, music, intellectual games (The Jeopardy), etc.  I am a teacher and I have recently retired from a teaching position at LAUSD.  I moved to the United States of America, along with my brother's family, in 1989. Our family was looking for a better life, and freedom of choosing a meaningful future.  Karen was three and a half years old at the time.   In his early childhood we spend plenty of time together since we lived together.  Like many of other children, Karen was curious about a lot of things. He already knew two languages: Armenian and Russian.  In two months I heard him talking English with the other kids on the playground.  Later, in his elementary school years, he "secretly" started listening to a classical music.  It was alarming to me, "Why secretly?"   I realized that it was a peer pressure, and he didn't want to be teased or laughed at.  So I decided to spend even more time with him.  I became his "Mom Anoush", his tutor, his friend, his mentor. I started taking Karen and his siblings to the different events and performances, museums and landmarks.  His first grade teacher would constantly repeat that Karen is her inspiration in teaching.

     As Karen grew older, I noticed his immense potential and drive to be a better human being and ability to turn negative into positive and better himself because of that.  His drive and passion for anything he set out to do was commendable.  I have always believed in a great success for him as his ability to learn and his intelligence were obvious since the day he was born.  He is a great listener and observer of people and his surroundings.  Karen is open -minded young man full of sense of humor, likes kids and easily can challenge them to study better at school.  He gets involved in open discussions with people of

different ages, thinking about the ways to ease people's life. He was a helping hand for many of my retired friends in fixing something at their homes, or shopping for them, or giving them a ride to the doctors and other places. When my elderly parents became unable to manage their finances, Karen took over, and we never had any problems. Karen constantly shapes himself physically, spiritually, and intellectually. All these traits make others to be drawn to him.

Karen has taken this time to fully contemplate about his future, his life, and the journey ahead. I am confident that he has used all this spare time to reevaluate some of his life's directions and is eager and willing to built new and better roads ahead.

Please consider all of the above in your decision as to us, he is truly a person who deserves to be given a chance to start a new life and prove to the court and all of us that he can and will be a benefit to the community the very best way he can.


Sincerely,


Anoush Kazaryan

Phone:     818/ 547 - 4624